December 20. 2005

Daniel R. Dominquez
USA District Judge
District of Puerto Rico

Civil No. 96-02427(DRD)
Foreclosure of Mortgage
Neftali Toucet Santos
SS#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
Carmen Idalia Garcia Acevedo
SS#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

Property Address:
Alturas de Peñuelas
Calle 11 L-1
Peñuelas, P.R. 00624

I have being informed that after the Judgment in this case and Foreclosure of this property and all the required payment where made their was a remnant of @ $6200.00(six thousand two hundred dollars-USA) that my wife and I are entitled to received. If this is the case please proceed to make the payment in our names and send it to the following address or contact us at the following telefone numbers #787-836-7253(home) or #787-615-8990(cell). Thank-you for your cooperacion in this matter, and for any further information you can contact us at the telefones above or write us to our Post Office address.

                Address
      Neftali Toucet Santos
      P.O. BOX 355
      Peñuelas, P.R.   00624

*[signature]*
Neftali Toucet Santos

*[signature]*
Carmen Idalia Garcia Acevedo

Note: Attach Additional Informacion of the Case