IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**UNITED STATES OF AMERICA,**
**Plaintiff**

**v.**  CIVIL NO. 96-2427(DRD)

**NEFTALI TOUCET-SANTOS, et al.,**
**Defendants**

ORDER

Pending before the Court is the defendants' *Motion for Disbursement of Funds* (Docket No. 17) moving the Court to disburse the amount of Six Thousand Two Hundred Dollars ($6,200.00) remnant of sale in public auction of a property subject to a foreclosure proceeding. Furthermore, movant sustains that judgment had been entered, that he is entitled to the amount stated, and that the Clerk of Court issues a check payable on their behalf for said amount.

The Court hereby **ORDERS** the United States of America to state its position as to movant's request for disbursement of funds **on or before March 8, 2006**. **Absolutely any request for an extension of time shall be SUMMARILY DENIED and failure to state its position as to the instant request for disbursement shall be deemed as a waiver of rights and having acquiesced to defendants' disbursement request.**

**IT IS SO ORDERED.**
In San Juan, Puerto Rico this 28th day of February 2006.

S/DANIEL R. DOMINGUEZ
DANIEL R. DOMINGUEZ
U.S. DISTRICT JUDGE