UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF PUERTO RICO

**UNITED STATES OF AMERICA,**
Plaintiff

**CIVIL NO. 96-2427(DRD)**

v.

**NEFTALI TOUCET-SANTOS, et als.,**
Defendants

## ORDER FOR DISBURSEMENT OF FUNDS

Pending before the Court is defendants' *Motion for Disbursement of Funds*. (Docket No. 17). Through said motion, defendants move the Court to disburse the amount of Six Thousand Two Hundred Dollars ($6,200.00), the remnant of sale in public auction of a property subject to a foreclosure proceeding. On February 28, 2006, the Court issued an Order wherein the United States was ordered to state its position as to said request on or before March 8, 2006. Failure to respond would result in the Court deeming the United States had waived its right and had, thus, acquiesced to defendants' disbursement request. (Docket No. 18).

Not having responded to defendants' request, the Court now **GRANTS** the motion. Accordingly, the Clerk of the Court is **INSTRUCTED** to issue a check in the amount of **Six Thousand One Hundred Nine Dollars and Fifty Six Cents ($6,109.56)** plus interests, less registry fees from **Account Fund No. 613300**plus payable to the order of **Neftali Toucet-Santos**.

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, this 20th day of April of 2006.

S/ Daniel R. Dominguez
**DANIEL R. DOMINGUEZ**
**U.S. DISTRICT JUDGE**